UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH SHAW, *et al.*, | Case No. 2:25-cv-01512-RSL |
| Plaintiffs, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |
| v. | |
| JOSEPH B. EDLOW, *et al.*, | |
| Defendants. | |

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until December 24, 2025. Plaintiffs bring this litigation pursuant to the Mandamus Act and the Administrative Procedure Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff Shaw's Form I-360 Petition. Defendants' response to the Complaint is currently due on October 17, 2025. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION AND ORDER
[Case No. 2:25-cv-01512-RSL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS issued a Request for Evidence ("RFE"). Plaintiff has until November 24, 2025, to submit a response to the RFE. Once Plaintiff has submitted the response, USCIS will need time to review it and continue with processing of the Form I-360. Because further litigation may not be necessary after the review is completed, the parties agree that holding this case in abeyance through December 24, 2025, is appropriate. Therefore, the parties believe good cause exists for a stay in these proceedings to save the parties and this Court from spending unnecessary time and judicial resources on this matter.

Accordingly, the parties request that the Court hold the case in abeyance until December 24, 2025. The parties will submit a joint status report on or before December 24, 2025.

DATED this 26th day of September, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | GIBBS HOUSTON PAUW |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: 253-428-3824<br>Fax:    253-428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Minda A Thorward*<br>MINDA A. THORWARD, WSBA #47594<br>Gibbs Houston Pauw<br>1000 Second Ave Ste 1600<br>Seattle, WA 98104<br>Phone: 206-682-1080<br>Email: minda.thorward@ghp-law.net |

*Attorneys for Defendants*

*I certify that this memorandum contains 308 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION AND ORDER
[Case No. 2:25-cv-01512-RSL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until December 24, 2025. The parties shall submit a status update on or before December 24, 2025. It is so **ORDERED.**

DATED this 30th day of September, 2025.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION AND ORDER
[Case No. 2:25-cv-01512-RSL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800